STEVEN T. GUBNER - Bar No. 156593
TALIN KESHISHIAN - Bar No. 201830
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    sgubner@ebg-law.com
          tkeshishian@ebg-law.com

Attorneys for Plaintiff,
Kawasaki Motors Finance Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>W.A.B. RECREATIONAL VEHICLES, INC., a Arizona corporation; WALTER A. BECK, an individual; DAWN L. BECK, an individual; and TONY BECK, an individual,<br><br>              Defendants. | Case No. SACV11-934 AG(ANx)<br><br>**JUDGMENT**<br><br>Judge: Hon. Andrew J. Guilford,<br><br>Hearing Date: *December 5, 2011*<br>Time: *10:00 a.m.*<br>Ctrm: *10D* |

The Application of Plaintiff, KAWASAKI MOTORS FINANCE CORPORATION for entry of Default Judgment as to Defendant W.A. B. RECREATIONAL VEHICLES, INC., an Arizona corporation, came on for hearing on December 5, 2011, at 10:00 a.m. before the Honorable Andrew J. Guilford, United States District Judge.  The Court having found that the entry of default is appropriate,

/ / /

IT IS HEREBY ORDERED:

1       Judgment in this case is granted in favor of Plaintiff, KAWASAKI MOTORS
2 FINANCE CORPORATION, and against defendant W.A.B. RECREATIONAL
3 VEHICLES, INC., an Arizona corporation as to all causes of action, as follows:
4       Defendant W.A.B. Recreational Vehicles, Inc. shall pay Kawasaki Motors
5 Finance Corporation the total default judgment sum of $**133,216.46**.

Dated: December 20, 2011

                                    Honorable Andrew Guilford
                                    United States District Court Judge

JUDGMENT WAB.DOC